# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number 4:07CR2 |
| | § | (Judge Crone) |
| THO MY TIEU (3) | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the Defendant's Motion to Suppress Evidence to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

Since no objections to the report and recommendation have been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is finally

**ORDERED** that Defendant's Motion to Suppress Evidence (#101) is **DENIED.**

SIGNED at Beaumont, Texas, this 10th day of May, 2007.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE